**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

| | |
|---|---|
| WARREN PARKS, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   1:07-cv-1618-RLY-JMS |
| | ) |
| STATE OF INDIANA, | ) |
| | ) |
| Respondent. | ) |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed for lack of jurisdiction.**

Date: 1/25/08

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Distribution:

Warren E. Parks
No. 116977
Wayne County Jail
200 East Main Street
Richmond, IN 47374